**UNITED STATES v. NESBITT FRUIT PRODUCTS, Inc.**

No. 8748.

Circuit Court of Appeals, Fifth Circuit.

July 20, 1938.

For former opinion, see 96 F.2d 972.

Before FOSTER, SIBLEY, and HUTCHESON, Circuit Judges.

1019

PER CURIAM.

As neither of the judges who concurred in the judgment of the court in the above numbered and entitled cause is of opinion that the petition for rehearing should be granted, it is ordered that the said petition be, and the same hereby is, denied.